RICHARD HONG (admitted *pro hac vice*)
E-mail: hongr@sec.gov
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
Telephone: (202) 551-4431
Facsimile: (202) 772-9245

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> FRANCIS E. WILDE, STEVEN E. WOODS, MARK A. GELAZELA, BRUCE H. HAGLUND, MATRIX HOLDINGS LLC, BMW MAJESTIC LLC, IDLYC HOLDINGS TRUST LLC, and IDLYC HOLDINGS TRUST, <br><br> Defendants, <br><br> and <br><br> IBALANCE LLC, MAUREEN WILDE, and SHILLELAGH CAPITAL CORPORATION, <br><br> Relief Defendants. | Case No. SA CV11-00315 (DOC) (AJWx) <br><br> [~~PROPOSED~~] FINAL JUDGMENT OF PERMANENT INJUNCTION AND OTHER RELIEF AGAINST DEFENDANTS FRANCIS E. WILDE, STEVEN E. WOODS, MARK A. GELAZELA, BRUCE H. HAGLUND, MATRIX HOLDINGS LLC, BMW MAJESTIC LLC, IDLYC HOLDINGS TRUST LLC, and IDLYC HOLDINGS TRUST |

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff Securities and Exchange Commission ("Commission") filed a Motion for Summary Judgment Against All Defendants and Relief Defendants ("Motion"). The Motion came before the Court, and the Court, having considered the Motion, the Memorandum of Points and Authorities and other documents filed in support of the Motion, finds that:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Commission's Motion for Summary Judgment Against Defendants Francis E. Wilde, Steven E. Woods, Mark Gelazela, Bruce H. Haglund, Matrix Holdings LLC, BMW Majestic LLC, IDLYC Holdings Trust and IDLYC Holdings Trust LLC and Relief Defendants IBalance LLC, Maureen Wilde, and Shillelagh Capital Corporation is granted.

II.

IT IS FURTHER OREDERED, ADJUDGED AND DECREED that Defendants Francis E. Wilde, Steven E. Woods, Mark Gelazela, Bruce H. Haglund, Matrix Holdings LLC, BMW Majestic LLC, IDLYC Holdings Trust, and IDLYC Holdings Trust LLC's and the Defendants' agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder, 17 C.F.R. § 240.10b-5, by using any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale

of any security:

    (a) to employ any device, scheme, or artifice to defraud;

    (b) to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or

    (c) to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person.

### III.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants Francis E. Wilde, Steven E. Woods, Mark Gelazela, Matrix Holdings LLC, BMW Majestic LLC, IDLYC Holdings Trust, and IDLYC Holdings Trust LLC's and the Defendants' agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Judgment by personal service or otherwise are permanently restrained and enjoined from violating Section 17(a) of the Securities Act of 1933 [15 U.S.C. § 77q(a)] in the offer or sale of any security by the use of any means or instruments of transportation or communication in interstate commerce or by use of the mails, directly or indirectly:

    (a)    to employ any device, scheme, or artifice to defraud;

    (b)    to obtain money or property by means of any untrue statement of a material fact or any omission of a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

    (c)    to engage in any transaction, practice, or course of business which operates or would operate as a fraud or deceit upon the purchaser.

## IV.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendants Francis E. Wilde, Steven E. Woods, Mark Gelazela, Matrix Holdings LLC, BMW Majestic LLC, IDLYC Holdings Trust, and IDLYC Holdings Trust LLC's and the Defendants' agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Judgment by personal service or otherwise are permanently restrained and enjoined from violating Section 5 of the Securities Act [15 U.S.C. § 77e] by, directly or indirectly, in the absence of any applicable exemption:

    (a)    Unless a registration statement is in effect as to a security, making use of any means or instruments of transportation or communication in interstate commerce or of the mails to sell such security through the use or medium of any prospectus or otherwise;

    (b)    Unless a registration statement is in effect as to a security, carrying or causing to be carried through the mails or in interstate commerce, by any means or instruments of transportation, any such security for the purpose of sale or for delivery after sale; or

    (c)    Making use of any means or instruments of transportation or communication in interstate commerce or of the mails to offer to sell or offer to buy through the use or medium of any prospectus or otherwise any security, unless a registration statement has been filed with the Commission as to such security, or while the registration statement is the subject of a refusal order or stop order or (prior to the effective date of the registration statement) any public proceeding or examination under Section 8 of the Securities Act [15 U.S.C. § 77h].

## V.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendants Steven E. Woods and Mark Gelazela and Defendants' agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Judgment by personal service or otherwise are permanently restrained and enjoined from violating, directly or indirectly, Section 15(a)(1) of the Securities Exchange Act of 1934 [15 U.S.C. § 78o(a)(1)], by using the mails or any means or instrumentality of interstate commerce to effect any transactions in, or to induce or attempt to induce the purchase or sale of, any security (other than an exempted security or commercial paper, bankers' acceptances, or commercial bills) unless registered in accordance with subsection (b) of Section 15 of the Exchange Act [15 U.S.C. § 78o(b)].

## VI.

IT IS FURTHER HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants Francis E. Wilde and Matrix Holdings LLC are jointly and severally liable for disgorgement of $12,106,810.75, representing illegally obtained profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $1,482,694.81 (for a total of $13,589,505.56), and a civil penalty in the amount of $13,589,505.56 for Defendant Francis E. Wilde ~~and $_____ for~~ Defendant Matrix Holdings LLC pursuant to Section 20(d) of the Securities Act [15 U.S.C. § 77t(d)] and Section 21(d)(3) of the Exchange Act [15 U.S.C. § 78u(d)(3)]. Defendants Francis E. Wilde and Matrix Holdings LLC shall ~~each~~ satisfy this obligation by paying $13,589,505.56 ~~(for Wilde) and $_____ (for Matrix Holdings)~~ within 14 days after the entry of this Final Judgment by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission. The payment(s) shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, 100 F Street, NE, Stop 6042, Washington DC 20549, and shall be accompanied by a letter identifying Francis E. Wilde and Matrix Holdings LLC as defendants in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment(s) is/are made pursuant to this Final Judgment. Defendants Francis E. Wilde and Matrix Holdings LLC shall pay post-judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

## VII.

IT IS FURTHER HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants Steven E. Woods, Mark Gelazela, Bruce H. Haglund, BMW Majestic LLC, IDLYC Holdings Trust, and IDLYC Holdings Trust are jointly and severally liable for disgorgement of $6,195,908, representing illegally obtained profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $548,175.49 (for a total of $6,744,083.49), and a civil penalty in the amount of $6,195,908 ~~for Steven E. Woods, for Mark Gelazela, for Bruce H. Haglund, for BMW Majestic LLC, and for IDLYC Holdings Trust and IDLYC Holdings Trust~~ pursuant to Section 20(d) of the Securities Act [15 U.S.C. § 77t(d)] and Section 21(d)(3) of the Exchange Act [15 U.S.C. § 78u(d)(3)]. Defendants Steven E. Woods, Mark Gelazela, Bruce H. Haglund, BMW Majestic LLC, IDLYC Holdings Trust and IDLYC Holdings Trust shall ~~each~~ satisfy this obligation by paying $ 6,195,908 ~~(for Steven E. Woods Wilde), $ (for Mark Gelazela), $ (for Bruce H. Haglund), $ (for BMW Majestic LLC), and $ (for IDLYC Holdings Trust and IDLYC Holdings Trust)~~, within 14 days after the entry of this Final Judgment by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission. The payments shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, 100 F Street, NE, Stop 6042, Washington DC 20549, and shall be accompanied by a letter identifying Defendants Steven E. Woods, Mark Gelazela, Bruce H. Haglund, BMW Majestic LLC, IDLYC Holdings Trust, and IDLYC Holdings Trust as defendants in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payments are made pursuant to this Final Judgment.

Defendants Steven E. Woods, Mark Gelazela, Bruce H. Haglund, BMW Majestic LLC, IDLYC Holdings Trust, and IDLYC Holdings Trust shall pay post-judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

## VIII.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, pursuant to Section 21(d)(2) of the Exchange Act [15 U.S.C. § 78u(d)(2)] and/or Section 20(e) of the Securities Act [15 U.S.C. § 77t(e)], Defendants Francis E. Wilde and Bruce H. Haglund are permanently prohibited from acting as an officer or director of any issuer that has a class of securities registered pursuant to Section 12 of the Exchange Act [15 U.S.C. § 78l] or that is required to file reports pursuant to Section 15(d) of the Exchange Act [15 U.S.C. § 78o(d)].

## IX.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

SO ORDERED.

Dated: December 18, 2012

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE