RICHARD HONG (admitted *pro hac vice*)
E-mail: hongr@sec.gov
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
Telephone: (202) 551-4431
Facsimile: (202) 772-9245

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCIS E. WILDE, STEVEN E. WOODS, MARK A. GELAZELA, BRUCE H. HAGLUND, MATRIX HOLDINGS LLC, BMW MAJESTIC LLC, IDLYC HOLDINGS TRUST LLC, and IDLYC HOLDINGS TRUST,<br><br>Defendants,<br><br>and<br><br>IBALANCE LLC, MAUREEN WILDE, and SHILLELAGH CAPITAL CORPORATION,<br><br>Relief Defendants. | Case No. SA CV11-00315 (DOC) (AJWx)<br><br>**FINAL JUDGMENT OF DISGORGEMENT AND PREJUDGMENT INTEREST AGAINST RELIEF DEFENDANTS IBALANCE LLC, MAUREEN WILDE, and SHILLELAGH CAPITAL CORPORATION** |

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff Securities and Exchange Commission ("Commission") filed a Motion for Summary Judgment Against All Defendants and Relief Defendants ("Motion"). The Motion came before the Court, and the Court, having considered the Motion, the Memorandum of Points and Authorities and other documents filed in support of the Motion, finds that:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Commission's Motion for Summary Judgment Against Defendants Francis E. Wilde, Steven E. Woods, Mark Gelazela, Bruce H. Haglund, Matrix Holdings LLC, BMW Majestic LLC, IDLYC Holdings Trust and IDLYC Holdings Trust LLC and Relief Defendants IBalance LLC, Maureen Wilde, and Shillelagh Capital Corporation is granted.

II.

IT IS FURTHER HEREBY ORDERED, ADJUDGED, AND DECREED that Relief Defendant IBalance LLC ("IBalance") is liable for disgorgement of $1,000,000.00, representing illegally obtained profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $88,743.79 (for a total of $1,088,743.79). IBalance shall satisfy this obligation by paying $1,088,743.79 within 14 days after the entry of this Final Judgment by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission. The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, 100 F Street, NE, Stop 6042, Washington DC 20549, and shall be accompanied by a letter identifying IBalance LLC as a relief defendant in

this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment. IBalance shall pay post-judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

### III.

IT IS FURTHER HEREBY ORDERED, ADJUDGED, AND DECREED that Relief Defendant Maureen Wilde is liable for disgorgement of $829,500, representing illegally obtained profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $67,412.85 (for a total of $896,912.85). Maureen Wilde shall satisfy this obligation by paying $896,912.85 within 14 days after the entry of this Final Judgment by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission. The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, 100 F Street, NE, Stop 6042, Washington DC 20549, and shall be accompanied by a letter identifying Maureen Wilde as a relief defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment. Maureen Wilde shall pay post-judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

IV.

IT IS FURTHER HEREBY ORDERED, ADJUDGED, AND DECREED that Relief Defendant Shillelagh Capital Corporation ("Shillelagh") is liable for disgorgement of $323,500, representing illegally obtained profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $27,475.06 (for a total of $350,975.06). Shillelagh shall satisfy this obligation by paying $350,975.06 within 14 days after the entry of this Final Judgment by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission. The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, 100 F Street, NE, Stop 6042, Washington DC 20549, and shall be accompanied by a letter identifying Shillelagh Capital Corporation as a relief defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment. Shillelagh shall pay post-judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

V.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

SO ORDERED.

Dated: December 18, 2012

_David O. Carter_
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

3